Troy D. DREW, Plaintiff–Appellant,

v.

S.K. YOUNG, Warden; R.A. Young, Regional Director; H. Wilkins, investigator; B.J. Rauizee, Ombudsman; A.P. Harvey, Assistant Warden, Defendants–Appellees.

No. 03–6425.

United States Court of Appeals,
Fourth Circuit.

Submitted July 1, 2003.

Decided Aug. 6, 2003.

Troy D. Drew, Appellant Pro Se. Christopher Garrett Hill, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILLIAMS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Troy D. Drew appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (2000) action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Drew v. Young*, No. CA–02–542–7 (W.D.Va. Feb. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*